O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-5605 PSG (JCGx) | Date | September 26, 2012 |
|---|---|---|---|
| Title | John Doe v. InfoMart, Inc. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):    Attorneys Present for Defendant(s):

Not Present    Not Present

**Proceedings:    (In Chambers) Order to Show Cause re Filing Complaint Under a Pseudonym**

Plaintiff has filed this case under a pseudonym, but provides no justification for use of the pseudonym.  Plaintiffs are permitted to use pseudonyms in three situations: "(1) when identification creates a risk of retaliatory physical or mental harm…; (2) when anonymity is necessary 'to preserve privacy in a matter of a sensitive and highly personal nature'…; and (3) when the anonymous party is 'compelled to admit [his or her] intention to engage in illegal conduct, thereby risking criminal prosecution.'" *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000) (citations omitted).

Plaintiff is ordered to show cause, in writing, no later than **October 17, 2012**, why he should be allowed to proceed in this action under a pseudonym.

**IT IS SO ORDERED**.

:

Initials of deputy clerk

cc: