THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445
devin@devinfoklaw.com

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim (SBN #257260)
958 E. 108th St.
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445
joshua@anewwayoflife.org

Attorneys for Plaintiff and the proposed Class
*[Additional attorneys on signature page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GONZALO ORTEGA, individually and on behalf of the putative classes,<br><br>             Plaintiff,<br><br>     vs.<br><br>INFOMART, LLC,<br><br>             Defendant. | Case No. 2:12-CV-05605-PSG-JCG<br>Judge:     Hon. Philip S. Gutierrez<br><br>**STIPULATION AND REQUEST FOR DISSMISSAL WITH PREJUDICE AS TO PLAINTIFF GONZALO ORTEGA'S INDIVIDUAL CLAIMS ONLY AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASSES** |

WHEREAS, on January 8, 2013, the parties have entered into a settlement agreement whereby Plaintiff Gonzalo Ortega agreed to dismiss his individual claims against InfoMart, LLC with prejudice and the parties agreed that the putative class claims will be dismissed without prejudice.

WHEREAS, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties stipulate as follows:

1. Plaintiff Gonzalo Ortega's individual claims against InfoMart, LLC shall be dismissed with prejudice.

2. The class claims against InfoMart, LLC shall be dismissed without prejudice.

3. The parties agree to bear their attorney's fees, costs, and expenses incurred in this matter.

IT IS SO STIPULATED.

DATED: January 11, 2012             **THE LAW OFFICES OF DEVIN H. FOK**

                                    By: ____/S/_____
                                    Devin H. Fok,
                                    Attorney for Plaintiff and the Proposed Class

DATED: January 11, 2012             **A NEW WAY OF LIFE REENTRY PROJECT**

                                    By: ____/S/_____
                                    Joshua E. Kim
                                    Attorney for Plaintiff and the Proposed Class

DATED: January 11, 2012             **FRANCIS & MAILMAN PC**

                                    By: ____/S/_____
                                    James A. Francis
                                    Attorney for Plaintiff and the Proposed Class

STIPULATION FOR DISMISSAL - 1

| | | |
|---|---|---|
| 1 | DATED: January 11, 2012 | **FRANCIS & MAILMAN PC** |
| 2 | | |
| 3 | | By: ____/S/_____ |
| 4 | | David A. Searles |
| 5 | | Attorney for Plaintiff and the Proposed Class |
| 6 | | |
| 7 | DATED: January 11, 2012 | **GORDON & REES** |
| 8 | | |
| 9 | | By: _____/S/_____ |
| 10 | | Gary J. Lorch |
| | | Attorneys for Defendant InfoMart, LLC |

STIPULATION FOR DISMISSAL - 2